1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11   JANINE MARIE SCHNEIDER,

12              Plaintiff,

13        v.

14   CAROLYN W. COLVIN, Acting
15   Commissioner of Social Security,

16              Defendant.

17

Case No. CV 15-06502 AFM

**JUDGMENT**

18
19        In accordance with the Order Affirming Decision of Commissioner filed
20   concurrently herewith,
21        IT IS ORDERED AND ADJUDGED that the Commissioner's decision is
22   AFFIRMED.
23
24   DATED:  May 31, 2016
25
26   _____
27        ALEXANDER F. MacKINNON
     UNITED STATES MAGISTRATE JUDGE
28